

# NUMBER 13-24-00418-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF A.A.C., B.R.C., AND D.L.C. II, CHILDREN

---

### ON APPEAL FROM THE 267TH DISTRICT COURT
### OF GOLIAD COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Justice West**

This matter is before the court on appellant's failure to file a brief. Appellant's brief was originally due to be filed on or before February 10, 2025. On January 9, 2025, the Clerk of the Court notified appellant of the due date for the brief. On March 4, 2025, appellant was notified that her brief was past due. Appellant was further notified that if she fails to reasonably explain the failure to file a brief within ten days from the date of the notice, the appeal shall be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). On April 24, 2025, the Clerk of the Court again notified appellant

that the brief was past due and that if she failed to file the brief and/or reasonably explain the failure to file the brief the appeal would be dismissed for want of prosecution. *See id.*

To date, appellant has failed to file a brief and has not otherwise responded to the Clerk of the Court's notice. Accordingly, the appeal is dismissed for want of prosecution. *See id.*

JON WEST
Justice

Delivered and filed on the
12th day of June, 2025.

2